FILED

02/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0026

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO.  DA 23-0026

)
STATE OF MONTANA,                           )
                                            )
        Plaintiff and Appellee,             )
    v.                                      )
                                            )        ORDER
                                            )
THOMAS WOJTOWICZ,                           )
                                            )
        Defendant and Appellant. )

Upon consideration of Appellant's unopposed second motion for extension

to file Appellant's reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is grant an extension until

February 29, 2024, to file Appellant's reply brief.

cc: Jami Rebsom
    Brad Fjeldheim

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 15 2024